EMMA E. MORRELL, as Administratrix of the Estate of WILLIAM R. MORRELL, Deceased, Appellant, *v.* BOSTON AND MAINE RAILROAD, Respondent.

*Morrell* v. *Boston & Maine Railroad*, 85 App. Div. 622, affirmed.
(Argued November 30, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Robert H. Barnett* for appellant.

*T. F. Hamilton* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.    Absent : GRAY, J.